UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
             *Plaintiff-Appellee,*

v.                                              No. 00-4561

DARRYL WRIGHT,
             *Defendant-Appellant.*

Appeal from the United States District Court
for the Eastern District of Virginia, at Norfolk.
Jerome B. Friedman, District Judge.
(CR-98-100-2)

Submitted: December 20, 2000

Decided: January 12, 2001

Before MOTZ and KING, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

## COUNSEL

Keith Loren Kimball, COLGAN & KIMBALL, Virginia Beach, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Robert J. Krask, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

## OPINION

PER CURIAM:

Darryl Wright appeals the district court order revoking supervised release and imposing a ten-month term of imprisonment and an additional twenty-six month term of supervised release. Finding no reversible error, we affirm.

We find that the district court did not abuse its discretion by imposing a ten-month term of imprisonment. *United States v. Johnson*, 138 F.3d 115, 118-19 (4th Cir. 1998); *United States v. Davis*, 53 F.3d 638, 642-43 (4th Cir. 1995).

We further find that the revocation proceedings were not invalid because the probation officer filed a petition on supervised release recommending that Wright's supervised release be revoked. *United States v. Mejia-Sanchez*, 172 F.3d 1172, 1174-75 (9th Cir. 1999), *cert. denied*, ___ U.S. ___, 68 U.S.L.W. 3291 (U.S. Nov. 1, 1999); *United States v. Davis*, 151 F.3d 1304, 1306 (10th Cir. 1998).

Accordingly, we affirm the district court's order. We deny as moot Wright's motion to expedite the appeal. We grant Wright's motion to submit the appeal on the briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*